IN THE SUPREME COURT OF THE STATE OF KANSAS

No. 125,968

In the Matter of CHRISTOPHER C. BARNDS,
*Respondent.*


ORDER OF DISCHARGE FROM PROBATION

On June 16, 2023, the court suspended Christopher C. Barnds' Kansas law license for three months after finding by clear and convincing evidence that he violated Kansas Rules of Professional Conduct 3.4(c) (2023 Kan. S. Ct. R. at 394) (fairness to opposing party and counsel), 4.4(a) (2023 Kan. S. Ct. R. at 405) (respect for rights of third persons), 8.4(a) (2023 Kan. S. Ct. R. at 433) (violating rules of professional conduct or knowingly assisting another to do so), 8.4(d) (conduct prejudicial to the administration of justice), and 8.4(g) (conduct adversely reflecting on the lawyer's fitness to practice law). The court stayed the suspension pending Barnds' successful completion of two years of probation. See *In re Barnds*, 317 Kan. 378, 403-04, 530 P.3d 711 (2023).

On July 7, 2025, Barnds filed a motion for discharge from probation and attached his affidavit describing his compliance with his probation terms and conditions. The Office of the Disciplinary Administrator (ODA) responded that Barnds complied with his probation terms and conditions and is eligible for discharge. See Supreme Court Rule 227(g) (2025 Kan. S. Ct. R. at 277) (outlining the process for a motion for discharge). The ODA stated no objection to discharging Barnds from probation.

The court notes the ODA's response, grants Barnds' motion, and fully discharges him from probation. The court also assesses any remaining costs of this proceeding to Barnds. Accordingly, this disciplinary proceeding is closed.

The court directs the Reporter of Decisions to publish this order in the Kansas Reports.

Dated this 22nd day of August 2025.